**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA BEATRIZ CORDOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ASSOCIATES, LLC,<br><br>Defendant. | Case No.: 2:25-cv-02721-WBS-CKD<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO EXTEND THE TIME TO FILE THE JOINT STATUS REPORT AND CONTINUE THE INITIAL SCHEDULING CONFERENCE** |

///

///

///

1

ORDER GRANTING EX PARTE APPLICATION RE: INITIAL SCHEDULING

The Court, having considered Plaintiff's Ex Parte Application to Extend the Time to File the Joint Status Report and Continue the Initial Scheduling Conference, and finding good cause thereof, hereby orders that:

1. The deadline to file a Joint Status Report is extended to **May 18, 2026.**

2. The Initial Scheduling Conference is continued until **June 1, 2026 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated:  January 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING EX PARTE APPLICATION RE: INITIAL SCHEDULING