**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Martha Beatriz Cordova

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MARTHA BEATRIZ CORDOVA. on behalf of herself and those similarly situated,

Plaintiff,

v.

CREDIT ASSOCIATES, LLC,

Defendant.

Case No.: 2-25-cv- 02721-WBS-CKD

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION PURSUANT TO F.R.C.P. 41(a) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS**

KAZEROUNI
LAW GROUP, APC

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Plaintiff Martha Beatriz Cordova ("Plaintiff") hereby voluntarily dismisses the action as to Plaintiff's individual claims against Defendant Credit Associates, LLC ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own attorney's fees and costs.

Dated: May 1, 2026

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *__/s/ Gustavo Ponce__*
Abbas Kazerounian, Esq.
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC

**CERTIFICATE OF SERVICE**

A copy of the foregoing *NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a) has* been filed on May 1, 2026 through the Court's electronic filing system. All parties may access the foregoing via the Court electronic filing system.

*/s/ Gustavo Ponce*
Gustavo Ponce, Esq.